IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA, KANSAS

| | | |
|---|---|---|
| LOUIS SWARTZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| FEDEERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

To the Honorable Judge of the United States District Court for the District of Kansas:

COME NOW Defendant Federal Express Corporation, the removing party and for its notice of removal pursuant to 28 U.S.C. § 1446, respectfully state to this Court as follows:

### I.   FACTUAL BACKGROUND

1. This is a civil action currently pending in the District Court of Saline County, Kansas under the case caption *Louis Swartz, Jr. v. Federal Express Corporation*; Case No. 2020-CV-000148-TC.

2. Plaintiff seeks redress from Defendant for the alleged injuries, damages, and losses suffered by Plaintiff when Plaintiff was involved in a motor vehicle accident in Saline County, Kansas. Plaintiff asserts a claim of negligence against Defendant.

3. Defendant has not filed an Answer to the State Court Petition as of the filing of the instant removal.

4. Other than the Petition, no other state court filing has been served upon Defendant. A copy of the Petition is attached hereto as **Exhibit A**. See 28 U.S.C. § 1446(a) (requiring that the removing defendant file copies of all process, pleadings, and orders served upon such defendant).

## II. PROCEDURAL REQUIREMENTS FOR REMOVAL

5. The removing party is Federal Express Corporation.

6. Defendant was served with a copy of the Petition on August 24, 2020. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because Defendant filed this Notice of Removal within 30 days of service.

7. Defendant Federal Express Corporation will file its Answer or otherwise respond to the Petition within the time limits set forth in F.R.C.P. 81(c).

8. Written notice of the filing of this Notice of Removal is concurrently being given to all adverse parties. A true and correct copy of this Notice of Removal and Notice of Filing of Notice of Removal are concurrently being filed with the Clerk of the District Court of Saline County, Kansas, as required by 28 U.S.C. § 1446(d). A copy of this Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.

9. Defendant has a right of removal where an action is brought in state court over which the district court has original jurisdiction. See 28 U.S.C. § 1441(a). As set forth below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## III. DIVERSITY JURISDICTION:  28 U.S.C. § 1332

10. According to 28 U.S.C. § 1446(a), a notice of removal must contain a short and plain statement of the grounds for removal. Defendants' removal of this action is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

11. 28 U.S.C. § 1332(a)(1) provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States."

12. Plaintiff Louis Swartz, Jr. is an individual citizen and resident of Saline County, Kansas. (*See* Plaintiff's Petition at ¶ 1).

13. Defendant Federal Express Corporation is a limited liability company organized under the laws of Delaware. (See Plaintiffs' Petition at ¶ 3).

14. Because the Plaintiff is a resident/citizen of Saline County, Kansas (*See* Plaintiff's Petition at ¶ 1) and Defendant is a citizens of Delaware, this action is between citizens of different states and/or countries.

15. The amount in controversy exceeds $75,000. Plaintiff alleges that he sustained personal injuries and further alleges that his damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish. (*See* Plaintiff's Petition at ¶ 6). Plaintiff further requests in his prayer for relief for judgment an amount in excess of $75,000. (*See* Plaintiff's Petition at page 2).

16. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the action is properly between joined citizens of different states and the amount in controversy exceeds $75,000.

WHEREFORE, Defendant Federal Express Corporation hereby give notice that this action is removed from the District Court of Saline County, Kansas to the United States District Court for the District of Kansas, and Defendants further request that this Court exercise jurisdiction over this action as though it had been originally instituted in this Court.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Matthew M. Clifford*
JOHN L. MULLEN                KS #22994
MATTHEW M. CLIFFORD    KS #25895
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
(816) 421-7915 (Fax)
*jmullen@fsmlawfirm.com*
*mclifford@fsmlawfirm.com*
**Attorneys for Defendant Federal Express Corporation**

**CERTIFICATE OF SERVICE**
It is hereby certified that a copy of the above and foregoing was filed with the Court electronically and sent electronically via e-mail or U.S. Mail on this 23rd day of September, 2020, to:

Timothy R. Love II, #27693
Dustin L. DeVaughn, #16559
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]
tlove@devaughnjames.com
ddevaughn@devaughnjames.com
*Attorneys for Plaintiff*

*/s/ Matthew M. Clifford*
**Attorneys for Defendant Federal Express Corporation**

4