ELECTRONICALLY FILED
2020 Aug 19 AM 10:28
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000148-TC



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE TWENTY-EIGHTH JUDICIAL DISTRICT
DISTRICT COURT, SALINE COUNTY, KANSAS
CIVIL DEPARTMENT

| | | |
|---|---|---|
| LOUIS SWARTZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| FEDERAL EXPRESS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT TO CHAPTER 60 OF K.S.A.

## **PETITION**

Plaintiff, Louis Swartz, Jr., by and through the attorneys of record, Timothy R. Love II and Dustin L. DeVaughn of DeVaughn James Injury Lawyers asserts the following in support of the Petition against Defendant, Federal Express Corporation:

1. Plaintiff, Louis Swartz, Jr., is a resident of Saline County, Kansas.

2. Defendant, Federal Express Corporation is a foregin for profit corporation with its prinicipal place of business in the State of Delaware and may be served with process through the Corporation Company, Inc., 112 SW 7th Street Suite 3C, Topeka, Kansas 66603.

3. On or about 6/3/2020, Defendant was operating a motor vehicle and was involved in a collision with Plaintiff in Saline County, Kansas.

1

4. Defendant negligently caused the collision with Plaintiff.

5. Specifically, Defendant was careless and negligent as follows:

   a. Inattentive operation of a motor vehicle;

   b. Failure to keep a proper lookout;

   c. Failure to use ordinary care;

   d. Failure to give warning;

   e. Failure to take evasive action; and

   f. Careless driving.

6. As a result of the Defendant's negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against Defendant for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

    Respectfully submitted,

    DeVaughn James Injury Lawyers

    By: /s/ Timothy R. Love II
    Timothy R. Love II, #27693
    Dustin L. DeVaughn, #16559
    tlove@devaughnjames.com
    ddevaughn@devaughnjames.com
    *Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

                                                By: /s/   Timothy R. Love II
                                                Timothy R. Love II, #27693
                                                Dustin L. DeVaughn, #16559
                                                tlove@devaughnjames.com
                                                ddevaughn@devaughnjames.com
                                                *Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Aug 19 AM 10:28
CLERK OF THE SALINE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000148-TC

<u>Louis Swartz, Jr.</u>

vs.

<u>Federal Express Corporation</u>

**SUMMONS**

To the above-named Defendant/Respondent:

**Federal Express Corporation**
**c/o Corporation Company, Inc.**
**112 SW 7th Street Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Timothy Love
3241 N Toben
Wichita, KS 67226

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 08/19/2020 11:59:03 AM

**Documents to be served with the Summons:**
PLE: Petition Petition