UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOUIS SWARTZ, JR., | ) |
| | ) |
| Plaintiff, | ) Case No. 5:20-cv-04056-HLT-KGG |
| | ) |
| v. | ) |
| | ) |
| FEDEERAL EXPRESS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, by and through his respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismissal without prejudice of the above-captioned action.

Respectfully submitted,

By: /s/ Timothy R. Love II
Timothy R. Love II, #27693
Dustin L. DeVaughn, #16559
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, Kansas 67226
tlove@devaughnjames.com
ddevaughn@devaughnjames.com
*Attorneys for Plaintiff*